David Silver (California Bar No. 312445)
david@bayramoglu-legal.com
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road, Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973
Fax: (702) 553-3404
*Attorneys for Defendant*

## IN THE UNTIED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| dbest Products, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Guangdong Haixing Plastic and Rubber Co., Ltd.,<br><br>Defendant. | **CASE NO. 2:25-cv-11331-MWC-AS**<br><br>**NOTICE OF DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW**<br><br>**Hearing Date: March 27, 2026**<br><br>**Hearing Time: 1:30PM PST** |

PLEASE TAKE NOTICE that Defendant, through their attorneys, Bayramoglu Law Offices LLC, will and do so move this Court pursuant to L.R. 83-2.3.2, before the Honorable Judge Michelle Williams Court, United States District Court for the Central District of California, at the United States District Courthouse, 350 West 1st Street, Los Angeles, CA 90012 - Courtroom 6A, on March 27, 2026 at 1:30PM PST or as soon thereafter as the matter may be heard, for an Order granting Defendant's motion to withdraw as counsel and simultaneously withdraw the motion for preliminary injunction. In support, Defendant submits Defendant's

1

Memorandum of Law and declaration of David Silver which are being filed concurrently with this motion.

Dated: February 10, 2026

Respectfully submitted,

By: /s/ David Silver
David Silver
**Bayramoglu Law Offices LLC**
1540 West Warm Springs Road, Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973
Fax: (702) 553-3404
david@bayramoglu-legal.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, David Silver, hereby certify that on February 10, 2026, I electronically filed the foregoing with the Court using the CM/ECF system, and thereby delivered the foregoing by electronic means to all counsel of record.

By: */s/ David Silver*
DAVID SILVER, ESQ.