1
2                     UNITED STATES DISTRICT COURT
3                     CENTRAL DISTRICT OF CALIFORNIA
4                              WESTERN DIVISION
5

| | |
|---|---|
| 6  dbest products, Inc., | Case No. 2:25-cv-11331-MWC-AS |
| 7                    Plaintiff | **ORDER RE PLAINTIFF'S EX PARTE APPLICATION TO VACATE HEARING ON DEFENDANT'S WITHDRAWN MOTION FOR PRELIMINARY INJUNCTION AND CONTINUE THE INITIAL CASE STATUS CONFERENCE (DKT. 30)** |
| 8 | |
| 9      v. | |
| 10 Guangdong Haixing Plastic and Rubber Co., Ltd., | |
| 11 | |
| 12                   Defendant | |

Before the Court is Plaintiff dbest products, Inc. ("Plaintiff")'s *ex parte* application ("Application") to vacate the hearing on Defendant Guangdong Haixing Plastic and Rubber Co., Ltd. ("Defendant")'s motion for preliminary injunction (Dkt. 12) and to continue the initial case status conference (Dkt. 17). Dkt. 30 (Application). Defendant opposed. Dkt. # 31.

Having considered the Application and all papers filed in support and opposition thereof, the pleadings, records, and papers on file in this action, the Court hereby **ORDERS** as follows:

Defendant's motion for preliminary injunction (Dkt. [12]), Defendant's motion to withdraw (Dkt. [22]), Plaintiff's motion to disqualify Defendant's counsel and strike Defendant's papers (Dkt. [25]), and the initial status conference (Dkt. [17]) are **CONTINUED** to <u>**Friday, March 27, 2026**</u>, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: February 27, 2026

Hon. Michelle Williams Court
United States District Judge